Decided September 9, 1999

### KATHERINE HARTE *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 902 (AC 18032), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*William B. Wescott,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, in opposition.

Decided September 9, 1999

### LITTLE RIVER, LLC *v.* RICHARD ZAJICEK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 1 (AC 18057), is denied.

*Alexander Scheirer,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided September 9, 1999